| | | | |
|---|---|---|---|
| State v. Fast Horse ..................................... | 27900, 27901 | 03/27/2017 | Affirmed (KFT) |
| State v. Schmidt...................................... | 27883 | 03/27/2017 | Affirmed (RJH) |
| State v. West ....................................... | 27882 | 03/27/2017 | Affirmed (HL) |
| K.W., Interest of ..................................... | 27975 | 03/30/2017 | Affirmed (JN) |
| J.F., Interest of...................................... | 27899 | 03/30/2017 | Affirmed (RG) |